For The District of Columbia

**FILED**

**OCT 26 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Robert 'Soldier' Heard

V

Donald Trump, Jeff Sessions,
Nathan Deal, Richard Story

Case: 1:17-cv-02364
Assigned To : Unassigned
Assign. Date : 10/26/2017
Description: Pro Se Gen. Civil

Motion To Proceed
Informa Pauperis Status

I swear under penalty of perjury all is true. I come before this court to admonish the court that I am in the streets of Gainesville, Ga. yet, with no bath since September 2016. I am making the attempt to get to a court and make my violators pay the penalty for the dastardly deeds knowing that the law in Perscription affords me the right to stand my ground. So after many assaults I have decided to do just that since I am on my own. Nonetheless, I must bear witness to the subject matter, I get 235.00 per month from SSI. I cannot pay the fee. I therefore ask this court to waive this filing fee.

The burden is too great, I have no means whereby it maybe done.

2

Thank you.

This 20, day of October 2017

Robert 'Soldier' Heard